1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11

ANDRE LANE,

12
Plaintiff,

13
v.

14

15
ROBERT WILKIE,

16
Secretary,

17
Department of Veteran Affairs,

18

19
Defendant.

Case No.:19-cv-1918-LAB-MSB

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO TAKE THE DEPOSITION OF DEFENSE EXPERT ELLEN G. STEIN PH.D. NO LATER THAN JANUARY 29, 2021 [ECF NO. 20]**

20

21      Plaintiff has filed a Motion asking the Court to permit him to take the

22  deposition of defense expert Ellen G. Stein Ph.D. on January 29, 2021, beyond the

23  current January 4, 2021 expert discovery cut-off, (see ECF No. 10). (ECF No. 20.)

24  Plaintiff's counsel explains that after reviewing Dr. Stein's report with his client,

25  he contacted Defendant's counsel to schedule Dr. Stein's deposition on December

26  17, 2020, only to learn that Dr. Stein's earliest availability is January 29, 2021.

27  (Id. at 2.)   Plaintiff's counsel represents that Defendant does not object to

28  Plaintiff's request.  (Id.)

- 1 -

**ORDER GRANTING MOTION TO EXTEND EXPERT DISCOVERY DEADLINE**

1    Considering Defendant's non-opposition and good cause appearing, the

2  Court hereby **GRANTS** the Motion.  Plaintiff may take the deposition of Ellen G.

3  Stein, Ph.D., no later than **January 29, 2021**.

4    **IT IS SO ORDERED.**

5

6  Dated:  December 22, 2020

7  _____

8  Honorable Michael S. Berg
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
**ORDER GRANTING MOTION TO EXTEND EXPERT DISCOVERY DEADLINE**